UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) |
| LINDA HENDERSON | ) CHAPTER 13 CASE NO.  05-69112 |
| | ) |
| DEBTOR | ) |

**NOTICE FOR DEPOSIT OF FUNDS**
**INTO U. S. TREASURY FUND 106000**

    Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $1.51 into U. S. Treasury Fund 106000 for the following reasons:

1. That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That the debtor's case was completed in March 2010 and a refund check was sent to the Debtor in the amount of $1.51 in April, 2010.
3. To date the check remains uncashed.

    WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $1.51 into U.S. Treasury Fund 106000 on behalf of Debtor, Linda Henderson, whose last known address was 8017 Matterhorn Ct.,. Crown Point, IN 46307.

    **/s/    Paul R. Chael**
Paul R. Chael, Trustee
Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing Notice was sent electronically on July 19, 2010 to the attorney for the debtor and the United States Trustee and to the debtor at **8017 Matterhorn Court, Crown Point, IN 46307.**

    /s/   Paul R. Chael
Paul R. Chael, Chapter 13 Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015